IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2016 AUG 30 AM 10: 33
CLERK'S OFFICE
AT BALTIMORE
BY_____ DEPUTY

856 9343076 / 609 304 4403 (cell)

Bessie N. Moore
6404 Normandy Drive
Mount Laurel, NJ 08054-5996
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Amtrak
National Railroad Passenger Corporation
900 Second Street, NE
Lower Level South
Washington, DC 20002
(Full name and address of the defendant(s))
**Defendant(s)**

Civil No.: ELH 16CV3015
*(Leave blank. To be filled in by Court.)*

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☐ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☑ Other (explain) Venue of occurrence is Baltimore, Md., on Amtrak Train #186, Penn Station; Reservation # 4B6C1E - 19 Dec 13

Complaint (Rev. 12/2000)

1-2

2. The facts of this case are:

ON 12/26/2013 I BOARDED AMTRAK TRAIN AT PENN STATION, BALTIMORE, Md. I BOARDED THE TRAIN AT APPROXIMATELY 1:30 PM ON A RETURN TRIP TO PHILADELPHIA 30TH STREET STATION, PHILADELPHIA, PA.

I WAS WALKING DOWN THE AISLE TO BE SEATED. ENROUTE MY RIGHT FOOT BECAME ENTANGLED IN THE STRAP OF A PASSENGER'S BAG. I WAS UNABLE TO DISENGAGE MY RIGHT FOOT FROM THE STRAP. I FELL FORWARD, AND TORE MY RIGHT ROTATOR CUFF. THE TEAR HAD TO BE SURGICALLY REPAIRED.

I ALSO EXPERIENCED PAIN IN MY LEFT ARM & HIP.

I STILL HAVE PAIN IN THE RIGHT ROTATOR CUFF

3.     The relief I want the court to order is:

☑ Damages in the amount of: $200,000.00

☐ An injunction ordering: _____

☐ Other (explain) _____

08/25/2016
(Date)

*(Signature)* Bessie M. Moore

Bessie Novella Moore
6404 Normandy Drive
Mount Laurel, NJ 08054-5996
Home #: 856 234 3076 / Cell #: 609 304 4403
(Printed name, address and phone number of Plaintiff)

## Privacy Rules and Judicial Conference Privacy Policy

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.